IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KIMBERLY MCCASLAN PLAINTIFF

v. CIVIL NO. 2:26-cv-02132-MEF

FRANK BISIGNANO, Commissioner
Social Security Administration DEFENDANT

**MEMORANDUM OPINION**

On August 18, 2026, Plaintiff, Kimberly McCaslan, filed a Complaint pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security. (ECF No. 2). In addition, she filed a Motion to Proceed In Forma Pauperis. (ECF No. 3). This Court entered an Order provisionally filing Plaintiff's Complaint, directing her to file an amended IFP application to include her spouse's employment and income on or before September 6, 2026. (ECF No. 4). When the Plaintiff failed to respond, the Court entered an Order directing her to show cause by October 5, 2026. (ECF No. 7). The Plaintiff again failed to respond and there is no evidence to suggest that either of this Court's Orders were undeliverable.

Accordingly, dismissal of the action is appropriate pursuant to FED. R. CIV. P. 41(b) for failure to follow a court order. Accordingly, the Clerk of Court is directed to dismiss Plaintiff's Complaint without prejudice.

IT IS SO ORDERED on this 13th day of October 2026.

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE